AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Jermaine Maurice Greene | ) | Case No: | 4:05-cr-01303-TLW-1 |
| | ) | USM No: | 13930-171 |
| Date of Original Judgment: 11/15/2006 | ) | | |
| Date of Previous Amended Judgment: | ) | William F. Nettles IV | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.     ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  300  months **is reduced to**  264 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

If this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.

Except as otherwise provided, all provisions of the judgment dated  11/15/2006  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  10/16/2015                      s/ Terry L. Wooten
                                             *Judge's signature*

Effective Date:  11/01/2015                  Terry L. Wooten, Chief United States District Judge
*(if different from order date)*             *Printed name and title*